BANK OF LONDON AND SOUTH AMERICA, LTD., Appellant, *v.* GARLOCK PACKING COMPANY, Respondent.

ULTRAMARES CORPORATION, Appellant *v.* GARLOCK PACKING COMPANY, Respondent.

*Appeal — motion to dismiss denied.*

Reported below, 215 App. Div. 674.

(Submitted February 23, 1926; decided March 2, 1926.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 23, 1925, which affirmed an order of Special Term granting a motion for interpleader.

The motion was made upon the grounds that the order appealed from was not a final order and was discretionary.

*Franklin G. Manley* for motion.

*Herbert R. Limburg* opposed.

Motion denied without prejudice to consideration on argument of appeal whether order is appealable.